UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

UNITED STATES OF AMERICA

v.

*Joseph Deacon*,
    *Defendant*

ORDER

07 CR 872 (RPP)

     **IT IS ORDERED** that the C.J.A. attorney assigned for today, *Aubrey Lees, Esq.*, is assigned to represent the defendant in the above captioned matter.

**SO ORDERED.**

_____
Honorable Robert P. Patterson, Jr.
United States District Judge

Dated: *October 12, 2007*
New York, New York

cc: Magistrates