EXHIBIT B



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 6, 2007

**BY FEDERAL EXPRESS**

Aubrey Lees, Esq.
Attorney at Law
799 Broadway
New York, NY 10003

Andrew G. Patel, Esq.
Attorney at Law
111 Broadway, 13th Floor
New York, NY 10006

   Re: *United States* v. *Joseph Deacon and Charles Watts*,
     S2 07 Cr. 872 (RPP)

Dear Ms. Lees and Mr. Patel :

  The Government herewith supplements its prior discovery with the following:

1. copies of tape-recorded conversations relating to the narcotics transactions in Count Four of the Indictment (00060-62); and

2. the Second Superseding Indictment (00063-71).

          Very truly yours,

          MICHAEL J. GARCIA
          United States Attorney
          Southern District of New York

     By: _____
        Antonia M. Apps
        Assistant United States Attorney
        (212) 637-2198

Enclosures