JAN I I 2008

**U.S. Department of Justice** CHAMBERS OF JUDGE ROBERT P. PATTERSON



*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2008

**BY FACSIMILE**

The Honorable Robert P. Paterson
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/14/08

Re: <u>United States v. Joseph Deacon, et al.</u>
07 Cr. 872 (RPP)

Dear Judge Patterson:

The Government respectfully requests a one-week
extension, from January 17, 2008 to January 24, 2008, of the
deadline to respond to defendant Joseph Deacon's suppression
motion. The defendant filed his motion to suppress audio
recordings and to sever counts on January 3, 2008. The
Government needs additional time to be able adequately to respond
to this motion. Counsel for Joseph Deacon has consented to this
extension. Additionally, since the Court scheduled a conference
for argument on the motion for January 22, 2008, the Government
respectfully requests that this date also be moved by one week,
to January 29, 2008 or such other date as is convenient for the
Court. Counsel for both defendants have consented to the
adjournment of this conference.

The Government also respectfully requests that time be
excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq.,
until January 29, 2008. Defense counsel have consented to the
Government's request for the exclusion of time.

*application granted*
*Time excluded to 1/29/08*
*1/14/08  so ordered  Robert P. Patterson*

JAN-11-2008  16:28                    91212637252?                     2126372527        P.03/03

The Honorable Robert P. Patterson
January 11, 2008
Page 2

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:

Antonia M. Apps
Assistant United States Attorney
(212) 637-2198 (phone)
(212) 637-2527 (fax)

cc:  Aubrey Lees, Esq. (counsel for Joseph Deacon)
     Andrew G. Patel, Esq. (counsel for Charles Watts)