

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



March 31, 2008

BY HAND

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

**MEMO ENDORSED**

    Re: **United States v. Joseph Deacon, et al.**
            07 Cr. 872 (RPP)

Dear Judge Patterson:

    The Government respectfully seeks clarification of the Court's March 28, 2008 Order regarding the trial schedule in this case. The Court's Order states that the trial on Count Five is scheduled for Friday, May 30, 2008, at 9:30 a.m. At the Court's last conference, Your Honor indicated that a trial would proceed on May 12, 2008. The Government respectfully requests clarification as to whether the trial on Counts One, Two, and Four is still proceeding on May 12, 2008, or on some other date.

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Antonia Apps* [signature]
Antonia M. Apps
Assistant United States Attorney
(212) 637-2198 (phone)
(212) 637-2527 (fax)

cc: Aubrey Lees, Esq. (counsel for Joseph Deacon)

[Handwritten endorsement by Judge Patterson, dated 4/1/08]

Case:     United States v. Joseph Deacon
Index No.  07 Cr. 872 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted.*

*Trial on Counts 1, 2 and 4 will be held 5/12/08 at 9:30 a.m.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 4/1/08*