UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                    ORDER

                 v.                         S3   07CR 872(RPP)

JOSEPH DEACON,

                      Defendant.
------------------------------------------------------------X


   The C.J.A. attorney assigned to receive cases on this day, ___Joel Stein___, is assigned to consult with the above named defendant regarding the plea agreement the defendant is considering entering into.


                                               SO ORDERED.

                                               _____
                                               Robert P. Patterson, Jr.
                                               U.S.D.J.


Dated: <u>April 29, 2008</u>
       New York, New York


cc: CJA Clerk