UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

      v.                           :
                                                   S3 07 Cr. 872 (RPP)
JOSEPH DEACON,
   a/k/a "Valentino,"             :
   a/k/a "Henry Deacon,"
   a/k/a "Deval Delore,"          :

      Defendant.              :

- - - - - - - - - - - - - - - - - -X

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 922(a)(1), and 922(g)(1), and Title 21, United States Code, Sections 812 and 841, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                          _____
                                                           Defendant

                                                           _____
                                                           Witness

                                                           _____
                                                           Counsel for Defendant

Date:    New York, New York
        April 29, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 29 2008
```

0202