```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :     INFORMATION

        - v. -                  :     S3 07 Cr. 872 (RPP)

JOSEPH DEACON,                  :
    a/k/a "Valentino,"
    a/k/a "Henry Deacon,"       :
    a/k/a "Deval Delore,"
                                :
            Defendant.
                                :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 30 2008

COUNT ONE

The United States Attorney charges:

1. From on or about April 10, 2007, up to and including on or about July 17, 2007, in the Southern District of New York and elsewhere, JOSEPH DEACON, a/k/a "Valentino," a/k/a "Henry Deacon," a/k/a "Deval Delore," the defendant, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other, to commit an offense against the United States, to wit, a violation of Title 18, United States Code, Section 922(a)(1)(A).

2. It was a part and an object of the conspiracy that JOSEPH DEACON, a/k/a "Valentino," a/k/a "Henry Deacon," a/k/a "Deval Delore," the defendant, and others known and unknown, unlawfully, willfully, and knowingly, not being a licensed importer, licensed manufacturer, or licensed dealer, would and did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship,

1

transport, and receive firearms in interstate commerce, in violation of Section 922(a)(1)(A) of Title 18, United States Code.

## OVERT ACTS

3.  In furtherance of the conspiracy and to effect the illegal object thereof, JOSEPH DEACON, a/k/a "Valentino," a/k/a "Henry Deacon," a/k/a "Deval Delore," the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

a.  On or about April 10, 2007, a co-conspirator not named as a defendant herein ("CC-1") purchased a Hi-Point Model C9 9mm Pistol, serial number P039245 ("Firearm #1"), from Palmetto Firearms Inc., located at 4601 Broad River Road, Columbia, South Carolina.

b.  On or about April 15, 2007, CC-1 purchased the following four firearms from a firearms dealer called Discount Guns Inc., FFL 15736380, at a gun show in South Carolina: (i) a Hi-Point Model C9 9 mm Pistol, serial number P1350064, manufactured by Beemiller Inc. ("Firearm #2"); (ii) a Hi-Point Model C9 9 mm Pistol, serial number P1345154, manufactured by Beemiller Inc. ("Firearm #3"); (iii) a Hi-Point Iberia Model JCP .40 caliber Pistol, serial number X751621, manufactured by Iberia Firearms, Inc. ("Firearm #4"); and (iv) a Hi-Point Iberia Model JCP .40 caliber Pistol, serial number X748924, manufactured by Iberia Firearms, Inc. ("Firearm #5").

c. After CC-1 purchased Firearms #1-#5, CC-1 gave them to another co-conspirator not named as a defendant herein ("CC-2"), and CC-2 transported the firearms to New York, New York.

d. On or about April 17, 2007, JOSEPH DEACON, a/k/a "Valentino," a/k/a "Henry Deacon," a/k/a "Deval Delore," the defendant, sold Firearms #1-#5 to a confidential informant ("CI-1") in New York, New York.

e. On or about April 30, 2007, at the request of CC-2, another co-conspirator not named as a defendant herein ("CC-3") purchased three firearms from Discount Guns Inc. FFL 15736380, located at 5219 Old Hickory Road, Van Wyck, South Carolina: (i) a Hi-Point Model JCP .40 caliber Pistol, serial number X753585 ("Firearm #6"); (ii) a Hi-Point Model JCP .40 caliber Pistol, serial number X753587 ("Firearm #7"); (iii) a Hi-Point Model CF380 .380 caliber Pistol, serial number P863889, manufactured by Beemiller Inc. ("Firearm #8"); additionally, CC-3 purchased a Smith & Wesson Model 4043 .40 caliber Pistol, serial number VDL3474 ("Firearm #9") from Palmetto Firearms Inc., located at 4601 Broad River Road, Columbia, South Carolina.

f. On or about May 1, 2007, JOSEPH DEACON, a/k/a "Valentino," a/k/a "Henry Deacon," a/k/a "Deval Delore," the defendant, sold Firearms #6-#9 to CI-1 in New York, New York.

g. On or about July 3, 2007, at the request of CC-2, CC-1 purchased the following three firearms from Discount

Guns Inc., FFL 15736380, located at 5219 Old Hickory Rd., Van Wyck, South Carolina: (i) a Hi-Point Model CF380 .38 caliber Pistol, serial number P868027 ("Firearm #10"), (ii) a Hi-Point Model CF380 .38 caliber Pistol, serial number P867908 ("Firearm #11"); and (iii) a Hi-Point Model CF380 .38 caliber Pistol, serial number P867906 ("Firearm #12").

    h.    After CC-1 purchased Firearms #10-#12, CC-1 gave them to CC-2, and CC-2 transported the firearms to New York, New York.

    i.    On or about July 5, 2007, JOSEPH DEACON, a/k/a "Valentino," a/k/a "Henry Deacon," a/k/a "Deval Delore," the defendant, sold Firearms #10-#12 inclusive to another confidential informant ("CI-2") in New York, New York.

    j.    On or about July 16, 2007, at the request of CC-2, CC-1 purchased the following two firearms from Discount Guns Inc., FFL 15736380, located at 5219 Old Hickory Rd., Van Wyck, South Carolina: (i) a Hi-Point Model C9 9 mm caliber Pistol, serial number P1359119 ("Firearm #13"), and (ii) a Taurus PT111 9 mm caliber Pistol, serial number TAN34042 ("Firearm #14").

    k.    After CC-1 purchased Firearms #13-#14, CC-1 gave them to CC-2, and CC-2 transported the firearms to New York, New York.

    l.    On or about July 17, 2007, JOSEPH DEACON, a/k/a "Valentino," a/k/a "Henry Deacon," a/k/a "Deval Delore,"

the defendant, sold Firearms #13 and #14 to CI-2 in New York, New York.

(Title 18, United States Code, Section 371.)

COUNT TWO

The United States Attorney further charges:

4.  From on or about April 17, 2007, up to and including on or about July 17, 2007, in the Southern District of New York and elsewhere, JOSEPH DEACON, a/k/a "Valentino," the defendant, unlawfully, willfully, and knowingly, not being a licensed importer, licensed manufacturer, or licensed dealer, did engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, DEACON, not being a licensed importer, licensed manufacturer, or licensed dealer, sold 14 firearms in New York, New York that had been purchased at various locations in South Carolina.

(Title 18, United States Code, Sections 922(a)(1)(A).)

COUNT THREE

The United States Attorney further charges:

5.  On or about April 17, 2007, in the Southern District of New York, JOSEPH DEACON, a/k/a "Valentino," a/k/a "Henry Deacon," a/k/a "Deval Delore," the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about April 18, 2001, in New York Supreme Court, New York

County, for possession of a forged instrument in the second degree, in violation of New York Penal Law 170.25, a Class D felony, unlawfully, willfully, and knowingly did possess, in and affecting commerce, a firearm, to wit, a loaded Hi-Point Model C9 9mm Pistol, a Hi-Point Iberia Model JCP .40 cal. Pistol, and a Smith & Wesson Model 4043 .40 caliber Pistol, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT FOUR

The United States Attorney further charges:

6.  From on or about August 12, 2007, up to and including on or about August 14, 2007, in the Southern District of New York, JOSEPH DEACON, a/k/a "Valentino," a/k/a "Henry Deacon," a/k/a "Deval Delore," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute, a controlled substance, to wit, approximately 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," and approximately 50 grams and more of mixtures and substances containing a detectable amount of heroin.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).)

## FORFEITURE ALLEGATION

7.  As a result of committing the controlled substance offense alleged in Count Four of this Information, JOSEPH DEACON, a/k/a "Valentino," a/k/a "Henry Deacon," a/k/a "Deval Delore,"

the defendant the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count Four of this Information.

Substitute Asset Provision

    i. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§ 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property. (Title 21, United States Code, Sections 812, 841(a)(1), and 853.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

S3 07Cr 872 (RPP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSEPH DEACON,
a/k/a "Valentino,"
a/k/a "Henry Deacon,"
a/k/a "Deval Delore,"

Defendant.

**INFORMATION**

S3 07 Cr. 872 (RPP)

(18 U.S.C. §§ 371, 922(a)(1),
922(g)(1), 21 U.S.C. §§ 812, 841.)

                MICHAEL J. GARCIA
              United States Attorney.

**A TRUE BILL**

4/29/08 5:15 pm — D. produced by US Marshals, present w/atty Lees and CJA counsel of the day Joel Stein. The D, having consulted w/ Mr. Stein, appears & is arraigned on the information. The D enters a plea of guilty to all four counts. Allocution is conducted. Court accepts plea of guilty to all four counts. PSI is ordered, sentencing set for 7/30/08 at 4pm. The D is continued remanded.

                        Patterson, J.