UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA           :

      -against-                   :          ORDER

Joseph Deacon,                     :
        Defendant.                 :          07CR872(RPP)

------------------------------------x


_____PATTERSON_____, DISTRICT JUDGE:

THE C.J.A. attorney assigned to this case

_____AUBREY LEES, ESQ._____ is hereby ordered substituted and
      Attorney's Name
the representation of the defendant in the above captioned matter

is assigned to _____DEVERAUX L. CANNICK, ESQ._____
                Attorney's Name

                                      SO ORDERED.

                                      _____/s/ Robert P. Patterson_____
                                      UNITED STATES DISTRICT JUDGE


May 27, 2008
Dated: New York, New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```