**MEMO ENDORSED**



RECEIVED JUN 25 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

### AIELLO & CANNICK
Attorneys at Law
69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444
FAX (718) 803-9764
Email: AandC6906@aol.com

Robert J. Aiello
Deveraux L. Cannick

Jennifer A. Fremgen

**Of Counsel**

Anthony M. Dattoma
Lyn A. Perrotta

NEW YORK OFFICE
(By Appointment Only)

(212) 233-3335

June 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

VIA FACSIMILE – (212) 805-7917
Honorable Robert P. Patterson
United States District Court
500 Pearl Street
New York, New York 10007

Re: United States v. Joseph Deacon, et al
07-cr-00872-RPP-1

Dear Judge Patterson:

I am the attorney representing Joseph Deacon in the above referenced matter which is scheduled for conference before Your Honor on Thursday, June 26, 2008 at 4:00 p.m. I write to respectfully request an adjournment in this matter as my daughter is graduating from high school tomorrow at 3:00 p.m. Unfortunately, I thought the graduation was in the morning. I will be out of state the following week and therefore, I write to request that this matter be adjourned until a date after July 10th, 2008 or a date convenient to the Court.

We have spoken to AUSA Antonia Apps and she has no position in this matter.

Very truly yours,

Deveraux L. Cannick

DLC/mw
cc: AUSA Antonia Apps, via fax – (212) 637-2387

*Application granted. Conference 7/15/08 @ 4 PM. So ordered. Robert P. Patterson 6/25/08*