**AIELLO & CANNICK**
Attorneys at Law
69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444
FAX (718) 803-9764
Email: AandC6906@aol.com

Robert J. Aiello
Deveraux L. Cannick

Jennifer A. Fremgen

Of Counsel

Anthony M. Dattoma
Lyn A. Perrotta


**MEMO ENDORSED**

NEW YORK OFFICE
(By Appointment Only)
(212) 233-3335

August 12, 2008

VIA FACSIMILE – (212) 805-7917
Honorable Robert P. Patterson
United States District Court
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

  Re:  United States v. Joseph Deacon, et al
       07-cr-00872-RPP-1

Dear Judge Patterson:

   Mr. Deacon has advised us that he does in fact wish us to file a motion to withdraw his guilty plea. We respectfully request that we be granted an extension of time, specifically to September 5th, 2008 in which to file the same. Inasmuch as Ms. Apps, the Assigned Assistant will start a trial on September 8th, 2008, we respectfully request that she be given three weeks to respond to our motion. We have discussed our application with Ms. Apps and she does not object to our request.

   Thank you in advance for your consideration.

              Very truly yours,

              Deveraux L. Cannick

DLC/me
cc: AUSA Apps

*Application granted.
Motion to be filed by 9/5/08
answering papers by 9/26/08
arguments 9/30/08 at 4PM.
So ordered.
Robt P Patterson
8/13/08*